ACCEPTED
03-14-00559-CR
5402647
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 3:23:09 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00559-CR

Court of Appeals
for the
Third Supreme Judicial District of Texas
At Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 3:23:09 PM
JEFFREY D. KYLE
Clerk

---

Zane Lynn Barton,
Appellant

VS.

The State of Texas,
Appellee

---

Appeal From
274th District Court of
Hays County, Texas
Trial Court Cause Number CR-13-0614

---

**First Motion For Extension
of Time in Which to File State's Brief**

---

Laura Garcia
Asst. Criminal District Attorney
Hays County Government Center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas, 78666
512-393-7600
laura.garcia@co.hays.tx.us
State Bar No. 24074249
Attorney for the State of Texas

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

The State files this First Motion for Extension of Time in Which to File State's Brief, and in support states:

1. The State's current deadline for filing its brief is May 22, 2015.

2. This is the State's first Motion for Extension of Time in which to file her brief.

3. The State respectfully requests an extension of approximately forty-five days, until    July 6, 2015 in which to file her brief.

4. Good cause exists for the State's request for extension of time in which to file its    brief. The undersigned attorney is working on possible agreed supplement of the  record.

5. These circumstances have significantly delayed the completion of this brief.

6. This extension is not being sought to cause undue delay, but to seek justice.

7. For the foregoing reasons, the State respectfully requests that the Court grant an    approximate thirty day extension for filing Appellee's Brief, until July 6, 2015.

Respectfully submitted,

Laura Garcia
Asst. Criminal District Attorney

Hays County Government Center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas, 78666
512-393-7600
laura.garcia@co.hays.tx.us
State Bar No. 24074249
Attorney for the State of Texas

The foregoing Appellant Motion for Extension of Time in Which to File Appellant's Brief was subscribed and sworn to before me by Laura Garcia on this the 22nd of May, 2015.

_____
Laura Garcia

RHONDA WIEDERSTEIN
MY COMMISSION EXPIRES
September 9, 2018

_____
Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

I certify that on May 22, 2015, I served the above motion by email to Amanda Erwin at amanda@theerwinlawfirm.com, in accordance with the Texas Rules of Appellate Procedure.

_____
Laura Garcia